**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 99-7118**

_____

UNITED STATES OF AMERICA,

                                    Plaintiff - Appellee,

        versus

ROBERT  JAMES  TURNER,  a/k/a  Robert  James
Branham,

                                    Defendant - Appellant.


_____

Appeal from the United States District Court for the Eastern Dis-
trict of Virginia, at Alexandria.  Leonie M. Brinkema, District
Judge.  (CR-96-374, CA-99-315-AM)

_____

Submitted:  November 18, 1999     Decided:  November 24, 1999

_____

Before WILKINS, HAMILTON, and LUTTIG, Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

_____

Robert James Turner, Appellant Pro Se.  LeDora Knight, OFFICE OF
THE UNITED STATES ATTORNEY, Alexandria, Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Robert James Turner seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 1999). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See United States v. Turner, Nos. CR-96-374; CA-99-315-AM (E.D. Va. June 3, 1999).[*] We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

---

[*] Although the district court's order is marked as "filed" on June 2, 1999, the district court's records show that it was entered on the docket sheet on June 3, 1999. Pursuant to Rules 58 and 79(a) of the Federal Rules of Civil Procedure, it is the date that the order was entered on the docket sheet that we take as the effective date of the district court's decision. See Wilson v. Murray, 806 F.2d 1232, 1234-35 (4th Cir. 1986).